IN RE: DENNIS FARRELL GREEN, SR

        Debtor(s)          CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant
vs.

DENNIS FARRELL GREEN, SR          CASE NO: 1-23-02652-HWV

        Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE WITH PREJUDICE

AND NOW, on December 12, 2023, Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District dismissal of the above-captioned Chapter 13 bankruptcy case with prejudice.

1. A Petition under Chapter 13 was filed on November 22, 2023.

2. The Debtor has not filed the following items or a motion for extension of time to file same pursuant to F.R.B.P. 1007(c).
   - Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
   - Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
   - CHAPTER 13 PLAN

In addition to the petition filed in this case, debtor(s) filed petitions docketed to the following cases:

Case Number: 1-23-01582-HWV
Counsel: PRO SE
Filing Date: 07/13/23      Date Dismissed: 10/12/23
Total Payments: $ 0.00      Chapter: 13
Result: Dismissed for failure to file information
_____

Case Number: 4-17-44956-rfn13-BARBARA DIANE GREEN(SPOUSE)
Counsel: PRO SE
Filing Date: 12/05/17      Date Dismissed: 02/09/18
Total Payments: $1,020.00      Chapter: 13
Result: Dismissed for failure to file information
_____

Case Number: 4-17-41806-rfn13
Counsel: MICHAEL P. O'DONNELL, ESQUIRE
Filing Date: 05/01/17      Date Dismissed: 09/05/17
Total Payments: $4,200.00      Chapter: 13
Result: Dismissed for failure to make plan payments
_____

Case Number: 4-16-42545-mxm13
Counsel: MICHAEL P. O'DONNELL, ESQUIRE
Filing Date: 07/01/16     Date Dismissed: 01/23/17
Total Payments: $10,498.00     Chapter: 13
Result: Dismissed for failure to file a confirmable plan

_____

Movant believes and avers that, under the totality of the circumstances, debtor(s) demonstrated substantial abuse and a lack of good faith in the filing of four (4) prior Chapter 13 petitions within a seven (7) year period that this Court dismissed prior to completion and filed the current petition thereafter.

Notice of hearing and/or other instructions are included with this Motion to Dismiss with Prejudice.

WHEREFORE, Movant requests this Honorable Court to:
1. Enter an Order dismissing the above-captioned case and,

2. Dismiss this case with prejudice with regard to debtor(s) filing a subsequent petition under the Bankruptcy Code in this district without prior leave of this Court for a period of 180 days from the entry of this dismissal.

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
Id:   80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
Phone:   (717) 566-6097
email: droeder@pamd13trustee.com

IN RE: DENNIS FARRELL GREEN, SR     CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-23-02652-HWV

## NOTICE

NOTICE IS HEREBY GIVEN that Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, has filed a Motion to Dismiss with Prejudice for failure to file:

- Form 122C-1 CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION OF COMMITMENT PERIOD
- Form 122C-2 CHAPTER 13 CALCULATION OF YOUR DISPOSABLE INCOME
- CHAPTER 13 PLAN

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Sylvia H. Rambo United States Courthouse
Bankruptcy Courtroom 8, 4th Floor
1501 North 6th Street
Harrisburg, PA 17102

Date: January 24, 2024
Time: 09:35 AM

    Objections/responses are due on or before December 26, 2023. The hearing as scheduled will be held regardless of any objections or responses having been filed.

Dated: December 12, 2023

/s/ Douglas R. Roeder, Esquire
Id: 80016
Attorney for Trustee
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DENNIS FARRELL GREEN, SR     CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS     CASE NO: 1-23-02652-HWV
CHAPTER 13 TRUSTEE
Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 12, 2023, I served a copy of this Motion to Dismiss with Prejudice, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**SERVED ELECTRONICALLY**

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

**SERVED BY 1ST CLASS MAIL**

DENNIS FARRELL GREEN, SR
7138 FAIRWAY DR
FAYETTSVILLE, PA 17222

I certify under penalty of perjury that the foregoing is true and correct.

Dated: December 12, 2023     /s/ Vickie Williams
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    DENNIS FARRELL GREEN, SR

                    Debtor(s)                              CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                    Movant                                 CASE NO: 1-23-02652-HWV

vs.

DENNIS FARRELL GREEN, SR

                    Respondent(s)

**ORDER DISMISSING CASE WITH PREJUDICE**

Upon consideration of the Trustee's Motion to Dismiss with Prejudice, it is hereby ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED WITH PREJUDICE. Debtor is hereby BARRED from filing in this district for a period of 180 days from the date of this order without prior court order.