19-December 2023

To: Judge Henry W. Van Eck

From: Dennis Green Sr
      1-23-02652-HWV

FILED
**December 19, 2023**
Clerk, U.S. Bankruptcy Court
Middle District of Pennsylvania
Wilkes-Barre

I am requesting an extra 7 day to file my paperwork for BK13 - 1-23-02652. This would be of great help for me.

Thank you
Dennis F. Green Sr
717-251-4129
7138 Fairway Dr. South
Fayetteville PA 17222

717-901-2844