United States Bankruptcy Court
Middle District of Pennsylvania

In re:     Case No. 23-02652-HWV
Dennis Farrell Green, Sr.     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 24, 2024     Form ID: pdf010     Total Noticed: 9

The following symbols are used throughout this certificate:
**Symbol     Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dennis Farrell Green, Sr., 7138 Fairway Dr, Fayettsville, PA 17222-9426 |
| 5587456 | | Wellspan Health, P O Box 15119, YORK, PA 17405-7119 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5590272 | | Email/Text: bankruptcytn@wakeassoc.com | Jan 24 2024 19:28:00 | DESAI DENTAL ASSOCIATES DDS PC, C/O WAKEFIELD & ASSOCIATES LLC, PO BOX 51272, KNOXVILLE, TN 37950-1272 |
| 5579709 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 24 2024 19:28:00 | Cross Country Mortgage, 1 Corporate Dr, Lake Zurich, IL 60047 |
| 5587410 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jan 24 2024 19:28:00 | CrossCountry Mortgage, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 5587281 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 24 2024 19:32:46 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5591463 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 24 2024 19:28:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 5580136 | + | Email/Text: famc-bk@1stassociates.com | Jan 24 2024 19:29:00 | THE BANK OF MISSOURI, 2700 S Lorraine Pl, SIOUX FALLS, SD 57106-3657 |
| 5591457 | | Email/Text: peritus@ebn.phinsolutions.com | Jan 24 2024 19:29:00 | Westlake - C/O Peritus Portfolio Services II, LLC, P.O. Box 141419, Irving, Tx 75014-1419 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024   Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alyk L Oflazian | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION amps@manleydeas.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Michael Patrick Farrington | on behalf of Creditor CrossCountry Mortgage LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                                  :
                                        :    CHAPTER 13
DENNIS FARRELL GREEN, SR.,              :
                                        :    CASE NO. 1:23-bk-02652-HWV
                    Debtor.             :

## ORDER

Upon consideration of the Trustee's Motion to Dismiss Case with Prejudice, Doc. 11, and the hearing held on January 24, 2024, for the reasons stated on the record, it is

**ORDERED** that the Motion is **GRANTED** in part and the above-captioned case of the Debtor is dismissed without prejudice.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: January 24, 2024